COMMONWEALTH of Pennsylvania,
Petitioner

v.

Jack W. FORTENBAUGH,
II, Respondent.

Supreme Court of Pennsylvania.

Feb. 28, 2012.

### ORDER

**AND NOW,** this 28th day of February, 2012, the Petition for Allowance of Appeal is **GRANTED.** The issue, rephrased for clarity, is:

> Did the Superior Court err in overturning the jury verdict and vacating the sentence because there were two inadvertent, unintentional references made to an offer to take a polygraph test?